**FILED**

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## District Court of the United States
## For the District of Columbia

Civil Case Number _____

# Original Complaint

Dan R. Cornell *in propria persc*
c/o 5330 West Tonto Road
Glendale, Arizona  85308
Phone (602)  708-0250

CASE NUMBER   1:06CV01924

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civi

DATE STAMP: 11/■/2006

**vs.**

**RUSSELL D. KELLNER aka RUSSELL NELSON, in his individual
Capacity While Acting as an employee of the
U. S. Agriculture Department
Through the Implied Authority of the Internal Revenue Service
Address: 3714 West Lawrence Road, Phoenix, AZ 85019**

**And**

**GERALD W. CARTER, aka JERRY CARTER, in his individual
Capacity While Acting as an employee of the
U. S. Agriculture Department
Through the Implied Authority of the Internal Revenue Service
Address: 456 E. San Carlos Way, Chandler, AZ 85309**

**In Concert with
4 or 5 John Does**

### Original Complaint

I, Dan  R. Cornell, complainant herein, hereinafter "I", or "me", an inhabitant

of Arizona, proceeding without assistance of counsel, hereby complain of unlawful

takings by Kellner, Carter and others, without affording me my right to due process

of law, as secured by state and federal constitutions alike, and conversion of my

property for use of another or others, file this, my Original Complaint; and, hereby

complain about the Defendants unlawful trespass of my inherent constitutionally

protected rights, seizure of property, denial of due process, denial of remedy, and

other related transgressions as more fully shown herein. I file this action pursuant

to Article III Section 2 of the U. S. Constitution, the Fourth and Fifth Articles of the

Bill of Rights, and the Sovereign Immunities Act and would show the Court as

follows:

## I. **Jurisdiction and Venue**

1.      This Court, the "District Court of the United States for the District of

Columbia", is to convene as an Article III court pursuant to the District of Columbia

Code, Title 11, Section 101(1)(C). This Court has cognizance under the class of

cases and controversies arising in law and equity under Article III of the Constitution

of the United States, and through the Foreign Sovereign Immunities Act of 1976, 90

Stat. 2891, as restated in the United States Code hereinafter U.S.C. Title 28,

Sections 1330 (a) and (b), 1350, 1356, 1391 (d) and (f)(4), and 1602-1611, in pari

materia with 4 USC 72. Each defendant party herein is an employee of an office

that is attached to the seat of the government, which office, absent proof to the

contrary, has no authority outside the District of Columbia, because each defendant

party is brought in its capacity as either an agency, instrumentality, employee, agent

or beneficiary of the implied, charitable or resulting trust doing business as THE

DEPARTMENT OF AGRICULTURE[1], which is an instrumentality, agency or political

---

1 Established at the seat of the government by Act of May 15, 1862, 12 Stat. 387

subdivision of the UNITED STATES; and, the principal place of business for the UNITED STATES is the District of Columbia. Each defendant party is a "taxpayer" and Federal employee, subject to the rights created by the laws of Congress, or receives benefits or revenue from the UNITED STATES, or both, and accepts the benefits of residency in the District of Columbia; evidencing residency in the District of Columbia or UNITED STATES. Each defendant party is brought in his/its capacity in relation to THE DEPARTMENT OF AGRICULTURE and the UNITED STATES; therefore, each defendant party is a resident of the District of Columbia in the capacity in which suit is brought under this action. Additionally, this Court has jurisdiction pursuant to 28 U.S.C. Section 1331 in the instant cause, because the cause arises under the Constitution, laws or treaties of the United States; and, under 28 U.S.C. 1332, because there is diversity of citizenship between the defendant parties and me, and, because international law has been violated, pursuant to, but not limited to, *The Rights and Duties of Neutral Powers and Persons in Case of War on Land* (Hague V); 18 October 1907, *The 3 Convention de la Hayedu 5 October 1961,* and The Ordinance of the Territory North and West of the River Ohio, 1 Stat. 51, 52, July 13, 1787

2.      This Court has personal jurisdiction over each of the Defendants as 28 U.S.C. Section 1330 (b) provides, in effect, a federal long-arm statute over foreign states, including political subdivisions, agencies, and instrumentalities of foreign states. See **House Report No. 94-1487, page 13**.

3.      The defendant parties are subject to the Court's jurisdiction and venue, because they are foreign states, or instrumentalities or agencies of a foreign state, within the meaning of 28 U.S.C. 1603 (a) & (b), or employees or agents thereof.

Further, all defendant parties were engaging in a regular course of commercial conduct; and, their actions in this instance revolved around a particular **commercial transaction**, all within the meaning of 28 U.S.C. 1603(d) and 1605 (a)(2), (a)(3) and (a)(5), and all actions occurred within the jurisdiction of the United States of America. Defendants have taken property which was present in one of the several States, specifically on the soil of the *de jure* "Arizona", further violating international law.

4.      Defendant, Russell D. Kellner a.k.a. Russell Nelson , hereinafter Kellner, and Defendant Gerald W. Carter a.k.a. Jerry Carter hereinafter Carter, are employees of the U. S. Department of Agriculture, by and through its transferee, the Internal Revenue Service which is an instrumentality of the UNITED STATES, a foreign state in relation to "Arizona", and doing business within the territorial borders of "Arizona"; in the regular course of commercial conduct at all times relevant hereto. This suit is brought against Kellner and Nelson and the as yet unnamed John Does in their capacity of Federal employees or agents thereof; and, in that capacity, they each reside in the District of Columbia. These parties are all intertwined in the ongoing **commercial activity** of conspiring to seize, and the seizing of, real and personal property, conversion, and unlawful taking,   for which the end result is planned **unjust enrichment.** In the instant cause, Private Property, which was in the care of banking institutions, insurance companies and my own personal possession, was and is being seized without authority or due process; and converted for the use of Kellner, Carter, or others unknown.

5.      The defendants are subject to the jurisdiction of this Court, and cannot claim immunity, because all of their actions were predicated on **commercial activity**

having substantial contact with the United States, which was intended to provide **unjust enrichment** to themselves or parties unknown, within the meaning of 28 U.S.C. 1603(d).

6.      The defendant parties are severally either a foreign state, or instrumentalities or agencies of a foreign state within the meaning of 28 U.S.C. 1603 (b); or, they are employees or agents thereof, and the instant action results from a specific **commercial activity** of a foreign state, or its agencies or instrumentalities, within the meaning of 28 U.S.C. 1603 (d), which was within the United States, or having substantial contact with the United States; and, which is based upon a **commercial activity** within the meaning of 28 U.S.C. 1605 (a)(2); in which rights in property taken in violation of international law are in issue, and that property, or any property exchanged for such property, is present in the United States in connection with a **commercial activity** carried on in the United States within the meaning of 28 U.S.C. 1605 (a)(3); and, in which money damages are sought against a foreign state for personal injury or damage to, or loss of liberty and property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting without the scope of their office or employment within the meaning of 28 U.S. C. 1605 (a)(5).

## II. Parties

7.      Plaintiff is a man, naturally born in Romania, brought to this country by my father at the age of 15, and later naturalized as a Citizen of the United States of America. I am currently an inhabitant of Arizona, who is and has the unalienable right to self government.   I waive no inherent rights secured by the Constitution or otherwise, nor have I ever knowingly waived any such rights.  To the best of my

knowledge I have never engaged in any activity nor signed a document which would make me a "taxpayer" or otherwise subject me to the exclusive jurisdiction of the United States, "UNITED STATES OF AMERICA" or of any federal Department, agency, or instrumentality.

8.     Kellner and Carter are Federal "employees" of the U. S. Department of Agriculture, by and through its agent or transferee, the Internal Revenue Service. Kellner and Carter and 4 or 5 unknown John Does are agents or instrumentalities of a foreign state, that being the UNITED STATES, within the meaning of the Foreign Sovereign Immunities Act at 28 U.S.C. 1603 (a) & (b). They pay monies to, collect taxes and distribute benefits for, and receive revenues from, the UNITED STATES, whose principal place of business is the District of Columbia, through grants, revenue sharing programs, subsidies, reduced interest or interest free loans, and other entitlements. They are insolvent commercial traders pursuant to 28 U.S.C. 1603 (d) with substantial contact with the United States, as evidenced by their exclusive use of debt obligations of the UNITED STATES in all their **commercial transactions**.  Their only authority arises from the *quasi* authority of an implied, charitable or resulting trust doing business as THE UNITED STATES, or *"this state"*, through the privity of their contractual relationships with persons accepting benefits offered by *"this state"*.  No law, body politic, or enactment of any Congress or Legislature created THE UNITED STATES, THE STATE OF ARIZONA, or *"this state"* and it has no *de jure* authority, other than that which is given under privity of contract by the permission, by voluntary assent or by silence, of those it governs.  Kellner can be served by serving him at 3714 W. Lawrence

Road, Phoenix, Arizona 85019. Nelson can be served by serving him at 456 E. San Carlos Way, Chandler, Arizona 85249.

9.    4 or 5 John Does, as yet unknown and unnamed, are in comity with Kellner and Carter and with the same status and standing as Kellner and Carter.

### III. Statement of Facts

10.    Defendant parties Kellner, Carter, and 4 or 5 John Does are engaged in the ongoing **commercial activity** of seizing real and personal property from the rightful owners under color of law. They routinely use bogus documents without certification, due process or seal and signature of a court of competent jurisdiction, with the object of the taking of property from those whom they label "taxpayers".

11.    The facts are these: DAN R CORNELL received a series of letters, ostensibly from the Internal Revenue Service, over a period of years, inviting him to volunteer payment of Federal taxes. Although I was not and am not a "taxpayer", every letter addressed me as such or implied that I was.

12.    IRS Publication 5 states the remedies which apply when a "taxpayer" is disputing a certain type of tax. The instructions in Publication 5 do not apply in this case, as I am not a "taxpayer" and am not disputing a tax. I am not and have not intended to be a federal State citizen or Resident as set forth and defined in the Buck Act, Title 4 USC §§ 105-110. All IRS agents and United States Courts are barred from making a "status determination" with regard to federal income taxes. Consequently, if IRS agents and Courts are barred from declaring me, a free white man, a "taxpayer", this is prima facie evidence that the federal income tax is voluntary. Therefore, both IRS agents and United States Courts lack jurisdiction and my declared status must be accepted.

13.    The letter writing to the alleged "taxpayer" DAN R CORNELL, is on a continuing basis and include, several "Notices of Levy", Attachments 1a, 1b, 1c, attached hereto and incorporated herein.  Upon receiving the Notice of Levy, the bank to which the notices of levy were sent and the insurance company to which a notice of levy was sent dispersed funds which belonged to me and transmitted the funds to some unknown party from whom an accounting has not been forthcoming, purportedly pursuant to IRC 6331(a), which clearly applies exclusively to ***federal*** personnel, employers, employees and elected officials.  Further, Kellner and Carter personally came to my home and had my personal car towed off, and held it for the ransom of $6,713.14.  The total of the funds seized and taken to date is $43,631.00.  This is an unlawful taking, in violation of the Fifth Amendment of the Constitution of the United States.  At no time was I afforded due process, another violation of the Fifth Amendment.

14.    I am aware that if I could be classed as a Federal personnel, employee, officer or elected official of the United States, that I would be subject to payment of internal revenue taxes.  I am none of these.   Neither do I engage in any taxable activity which is governed by Title 26 or Title 27.

15.    The meanings of the words, terms and phrases of particular significance used in this complaint, and in all motions and pleadings which will be filed in this matter, are defined in the "Definition of Words, Terms and Phrases" which is attached as Appendix A to the end of this document; and, which is made a part of, and incorporated into, this cause for all purposes.  No meaning may be assigned by any party to any word, term, or phrase that is defined in the attached "Definition of Words, Terms and Phrases" other than, or which would conflict with or change the

meaning of, the definition given therein. All words, terms or phrases not contained

therein shall have the exact meaning as is given in Black's Law Dictionary, 6th

Edition.

## IV. Claim for Relief

16.     Russell D. Kellner and Gerald W. Carter, in the guise of their aliases, Nelson

and Carter, and others unknown, under color of law and in violation of the

Constitution of the United States, doing business as THE UNITED STATES or "*this*

*state*", stepped out of their venue and jurisdiction in a purely commercial venture,

and onto the soil of "Arizona". While there, they converted funds earned by me, in

exchange for my services in a lawful unlicensed trade, to their own use and

unlawfully took and seized said funds and personal property from me, a *stranger* to

the implied, charitable or resulting trust, under the presumed authority of *this state,*

in want of judicial process. No writ of attachment, writ of garnishment or any other

court document was ever presented.

17.     Federal employees Kellner and Carter and others relied upon *irregular*

*administrative process* as though I were a Federal employee, had an accrued

salary, hence, subject to the laws of Congress, particularly IRC 6331. This action

on the part of Federal employees has resulted in a total denial of due process,

unlawful takings and a deprivation of basic rights secured to me by the Arizona

Constitution, and the Constitution of the United States. The defendant parties

hereto all acted in a regular course of commercial conduct, while having substantial

contact with the UNITED STATES, for the goal of *unjust enrichment*; which is their

standard method of operation. Defendant parties regularly seize property both real

and personal from people with "good title" under Arizona law;  then convert the assets by seizure, selling or ransoming the property and retaining the proceeds for their own use; or, occasionally, for the use of other beneficiaries of the implied, charitable or resulting trust doing business as THE UNITED STATES, or *"this state"*. Their activities are purely commercial in nature, and result in ***unjust enrichment*** in virtually every instance.

18.     I claim that Kellner, Carter and others owe me just compensation in the amount of $43,621.00, plus any and all other monies which will be taken while this suit is pending, in addition to punitive and compensatory damages, to be determined by a jury.

### V.     Payment of Filing Fee With Reservation of Rights

19.     This case is filed as an Article III action. I have never knowingly waived my right to legal tender, and do not hereby waive that right. I hereby give notice of my explicit reservation of my secured Right to extinguish debt, as secured with regards to Arizona, and "The State of Arizona", under Article One, Section 10, of the Constitution of the United States, wherein it states: "No State shall... make any Thing but gold and silver Coin a Tender in Payment of Debts;. . ."; and, as secured with regards to the United States under Article 9 of the Articles of Amendment *i.e.* the Bill of Rights; because Congress has immorally repudiated its obligation to pay its debts as cited in **Perry v. United States**, 294 U.S. 330, and has since abandoned its duty "to Coin money". As a direct result, I have been placed in a forced condition to tender a "Promise to Pay" for the fees necessary for this filing with the attached "Bond for Costs". In the alternative, if forced by the Clerk of the Court, my agent will tender an alternative method which may be used in payment of

the required filing fees in the instant cause, if it is a more appropriate form of payment. Either form of payment is tendered with full reservation of all my rights, and without prejudice to the debts of the United States. I hereby move the Court to rule as to the most appropriate form of payment in an Article III Court and action, to accept same for the payment of filing fees in this cause, and to return the other form of payment to me; or, if neither form of payment submitted herewith is acceptable for payment of fees in an Article III Court and action, I move the Court to inform me of the proper form of payment, and to give me reasonable opportunity and time to make such payment in the proper form.

## VI.  First Cause of Action

20.     Defendant Kellner, an individual being a "separate legal person" or agency or instrumentality of a foreign state within the meaning of 28 U.S.C. 1603(b), and at all times acting in the course of regular commercial conduct under the presumed authority of the implied, charitable or resulting trust doing business as THE UNITED STATES, or *"this state"* caused an *irregular* Notice of Levy to be issued against me and Private Property held in trust by the Wells Fargo Bank, N.A., for the sole purpose of seizing  Private Property for the *unjust enrichment* of himself or other beneficiaries of the trust by whom he is employed. The *irregular* Notice of  Levy, was issued against DAN R CORNELL without probable cause, and without any indication or allegation of wrongdoing on my part, and totally without expectation of discovery of any wrongdoing or liability on my part; or any evidence of any third party's secured interest in my property, and, it was issued with full knowledge by Kellner that he was acting outside the scope of his employment, under color of law

and without affording me a meaningful opportunity to appear and object to the seizure and conversion of my property.    The taking on December 12, 2005, resulted in the loss to me of $5,368.51.

21.    Further, Kellner issued an "attachment" of private funds in which he had no secured interest, and over which he had no plenary powers or authority to collect my property, which was not accrued and was not in the possession, custody, or control of the UNITED STATES, its courts, or its agents. Kellner's actions reduced me to a state of peonage, in violation of the Constitution of the United States and numerous treaties and compacts to which the United States of America is a signatory.

22.    Claim in actual unlawful takings:  $5,368.51.

## VII.  **Second Cause of Action**

23.    Defendant Kellner, an individual being a "separate legal person" or agency or instrumentality of a foreign state within the meaning of 28 U.S.C. 1603(b), and at all times acting in the course of regular commercial conduct under the presumed authority of the implied, charitable or resulting trust doing business as THE UNITED STATES, or "*this state*" caused an **irregular** Notice of Levy to be issued against me and Private Property held in trust by the Wells Fargo Bank, N.A., for the sole purpose of seizing  Private Property for the **unjust enrichment** of himself or other beneficiaries of the trust by whom he is employed. The **irregular** Notice of  Levy, was issued against DAN R CORNELL without probable cause, and without any indication or allegation of wrongdoing on my part, and totally without expectation of discovery of any wrongdoing or liability on my part; or any evidence of any third party's secured interest in my property, and, it was issued with full knowledge by Kellner that he was acting outside the scope of his employment, under color of law

and without affording me a meaningful opportunity to appear and object to the seizure and conversion of my property.  The taking on January 11, 2006, resulted in the loss to me of $1,273.13.

24.    Further, Kellner issued an "attachment" of private funds in which he had no secured interest, and over which he had no plenary powers or authority to collect my property, which was not accrued and was not in the possession, custody, or control of the UNITED STATES, its courts, or its agents.  Kellner's actions reduced me to a state of peonage, in violation of the Constitution of the United States and numerous treaties and compacts to which the United States of America is a signatory.

25.    Claim in actual unlawful takings:  $1,273.13.

## VIII.  Third Cause of Action

26.    Defendant Kellner, an individual being a "separate legal person" or agency or instrumentality of a foreign state within the meaning of 28 U.S.C. 1603(b), and at all times acting in the course of regular commercial conduct under the presumed authority of the implied, charitable or resulting trust doing business as THE UNITED STATES, or "*this state*" caused an ***irregular*** Notice of Levy to be issued against me and Private Property held in trust by WESTERN RESERVE LIFE ASSURANCE, for the sole purpose of seizing  Private Property for the ***unjust enrichment*** of himself or other beneficiaries of the trust by whom he is employed.  The ***irregular*** Notice of Levy, was issued against DAN R CORNELL without probable cause, and without any indication or allegation of wrongdoing on my part, and totally without expectation of discovery of any wrongdoing or liability on my part; or any evidence of any third party's secured interest in my property, and, it was issued with full knowledge by Kellner that he was acting outside the scope of his employment,

under color of law and without affording me a meaningful opportunity to appear and object to the seizure and conversion of my property.  The taking on April 25, 2006, resulted in the loss to me of $25,792.55.

27.    Further, Kellner issued an "attachment" of private funds in which he had no secured interest, and over which he had no plenary powers or authority to collect my property, which was not accrued and was not in the possession, custody, or control of the UNITED STATES, its courts, or its agents.  Kellner's actions reduced me to a state of peonage,  in violation of the Constitution of the United States and numerous treaties and compacts to which the United States of America is a signatory.

28.    Claim in actual unlawful takings:  $25,792.55.

29.    On June 1, 2006, Kellner and Carter came to my home and forcibly removed my 2001 Honda Accord.  When I contacted Kellner to ascertain why he had stolen my car, he informed me that I could ransom it back for $6,713.14.  Having no choice, I took a certified check in the amount of $6,713.14 to Kellner's office, gave the check to him and Kellner returned to me the keys to my car.

30.    Further, Kellner and Carter seized or caused to be seized, my personal property in which they had no secured interest, and over which they had no plenary powers or authority to collect my property, which was not accrued and was not in the possession, custody, or control of the UNITED STATES, its courts, or its agents.  Kellner and Carter had no Writ of Possession, no Writ of Execution, no proper judicial court document of any kind when they conspired in a taking of property without just compensation, in violation of the Constitution of the United States and numerous treaties and compacts to which the United States of America is a signatory.

30.    Claim in actual unlawful takings: $6,713.14.

31.    Kellner and Carter are not now and have never been bona fide collectors of revenue as that term is described in 1 Stat 36. . They were not appointed by a President, and they are not bonded, neither by their freeholds, nor by other sureties. Kellner and Carter offered no indemnities whatsoever to me. They are Federal employees of the Executive branch of government. Only Congress was granted the power to lay and collect taxes. The Executive department can not collect taxes even in times of war or emergency. It is the exclusive power of Congress and can not be delegated. Therefore, Kellner and Carter, along with the assistance of 4 or 5 John Does, knew or should have known that they are intruders or interlopers with no authority to insert themselves into my life or unlawfully take my property. Further, Kellner and Carter knew or should have known that they were at all times acting outside the scope of their authority. For acting outside the scope of their authority, I claim punitive damages in the amount of $200,000.00.

## VIII. **Prayer**

Dan R. Cornell hereby requests that the honorable Court, after reviewing all the facts and evidence in this matter, rule in his favor, and grant relief as follows:

a.)    As against Kellner and Carter, actual damages in the amount of $43,621.00 for the unlawful taking without just compensation; and

b)    As against Russell D. Kellner, Gerald W. Carter and 4 or 5 John Does, punitive damages in the amount of $200,000.00 for the unlawful acts they committed and acting outside the scope of their authority; and,

c)    All costs, including reasonable attorney's fees; and

d) A declaratory judgment by this court that agrees that I am not a "taxpayer",

not a U. S. citizen, and I have the right of self government.

I request that the Court grant to me all things prayed for.

The People have spoken.

*Dan R. Cornell*

Dan R. Cornell
6330 W. Tonto Road
Glendale, Arizona 85308
(602) 708-0250

## VERIFICATION

**The State of Arizona**

**Maricopa County**

I, Dan R Cornell, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the *11* th day of October, 2006.

Witness the seal of Dan R. Cornell

*Dan R. Cornell*

Dan R. Cornell

State of Arizona.     }
                         } at law;

Maricopa County.    }

## AFFIDAVIT

I, Dan R. Cornell, hereinafter, the Affiant, being over the age of majority and capable of attesting to the facts contained herein, do hereby attest that:

I deny that I have ever given allegiance to any entity other than my lawful country the United States of America and Arizona.

I deny that I voluntarily engage in **commerce** within the meaning of the United States Code.

I am a solvent man, and I use debt instruments only because acts or omissions of Congress have deprived me of lawful money, and I use said debt instruments under protest and because of irresistible force.

I deny being in contract with the defendant parties of THE STATE OF ARIZONA, THE UNITED STATES, or *this state,* and I reject and waive all benefits offered by same.

I deny that, at all relevant times, I have been anything but a ***stranger*** to THE STATE OF ARIZONA, a neutral man on the land.

I have rejected and waived all benefits of the implied, charitable or resulting trust doing business as THE STATE OF ARIZONA, THE UNITED STATES, or *this state.*

I deny that I have waived my right to extinguish debt by the use of constitutional legal tender, and any use of debt obligations of the UNITED STATES by me is under protest, with explicit reservation of all my rights, and without prejudice to the debts of the United States.

My capacity, character, and status arise from my relationship with the *de jure* "Arizona", incorporated as one of the several States in 1912, and, its relationship with the united States of America is under the guaranteed Republican Form of Government and on an equal footing with the original States.

I reject, waive and refuse all social security benefits of any kind, because social security is an amoral scheme that is repugnant to my moral, spiritual, and religious beliefs; and, it is contrary to the principals upon which "Arizona" and the united States of America were founded.

I reject and waive any benefits associated with being a registered voter, there being no such thing in Arizona, or voting as a registered voter; and, I am not registered to vote.

I reject and waive all benefits of being a resident of, or of residency in, THE STATE OF ARIZONA, the UNITED STATES, or this state, or any instrumentalities, municipalities or agencies of the same; and, I do not claim or accept the status or benefits as a resident in either,

FILED

06 1924   NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I expressly deny being a *citizen of the United States*, subject to the jurisdiction thereof, within the meaning of the 14th Amendment; and I do not reside within the United States.

I deny any address which could be construed as placing me in a federal area, but I can usually receive mail with full reservation of rights through delivery by the United States Postal Service, non-territorial in relation to the UNITED STATES and "*this state*".

I deny that I have ever knowingly, willingly or intentionally placed by signature on any contract that would diminish my status as a free man or would make me subject to any administrative scheme that would deprive me of my fundamental rights, voluntarily or involuntarily.

*Dan R. Cornell*

Dan R. Cornell

State of Arizona.           }
                           } at law;
Maricopa County            }

SWORN AND SUBSCRIBED before me, a Notary Public for the State of Arizona, on this the 12 day of October, 2006.

Notary Public

OFFICIAL SEAL
DEBORAH J. COURTS
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Comm. Expires Dec. 20, 2008

## Definitions of Words, Terms and Phrases

**actor** – One who acts; one whose conduct is tortuous; One who uses presumed authority that he does not possess to the detriment, or the control, of others, over whom he would otherwise have no authority.

**"agency or instrumentality of a foreign state"** – Has the exact same meaning as is given in 28 U.S.C. 1603.

**authority** – Permission. The right to exercise powers; to implement and enforce laws; to exact obedience; to command; to judge; jurisdiction.

**benefits** – Advantage; profit; fruit; privilege; gain; interest.

**body politic** – A social compact by which the whole People covenants with each Citizen, and each Citizen with the whole People, that all shall be governed by certain laws for the common good.

**capacity** – Legal qualification, competency, power, or fitness.

**character** – The aggregate of the moral qualities which belong to and distinguish an individual person; the general result of one's distinguishing attributes.

**charitable trust** – One in which property held by a trustee must be used for charitable purposes [advancement of health, religion, etc.].  Fiduciary relationship with respect to property arising as a result of a manifestation of the intention to create it, and subjecting the person by whom the property is held to equitable duties to deal with the property for an equitable purpose.

*citizen of the UNITED STATES* – One who relies on the 14th Amendment of the constitution of the United States for his status and authority.  All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States.

**c/o** – in care of that location; not an address or residence; with full reservation of all rights; only presented as a method of delivering and accepting of mail.

**commercial trader** – One who is occupied with business and commerce.

**commercial transactions** – Any type of business carried on for a profit.  Activity relating to or connected with trade and traffic or commerce in general.

**debt obligations** – The embodiment of responsibility to pay a fixed and certain amount of money or some other valuable thing or things, either in the present or in the future.  Federal Reserve Notes are examples of debt obligations of the United States.

06 1924

FILED

NOV – 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*de jure* – Descriptive of a condition in which there has been total compliance with all requirements of law.  Of right, legitimate; lawful; by right and just title. The opposite of de facto.

**domicile** – Place where a man dwells, and is the center of his domestic, social and civil life.

**federal area** – An enclave, territory or region belonging to, and under the exclusive authority and jurisdiction of the United States.

**foreign** – Non-resident corporation; belonging to another nation or country; belonging or attached to another jurisdiction.

**foreign state** – Nations which are outside of the United States, including a political subdivision of a foreign state or an agency or instrumentality of a foreign state which is a separate legal person, corporate or otherwise, and which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and which is neither a citizen of a State of the United States as defined in section 1332 (c) and (d) of this title nor created under the laws of any third country.

**implied trust** – Trust where the intention in regard to the subject matter is not manifested by explicit and direct words, but is gathered by implication or necessary deduction from the circumstances, the general language, or the conduct of the parties.

**incorporated municipality** – Political subdivision or public agency or instrumentality of THE STATE OF MINNESOTA; a "person" within the meaning of the Fourteenth Amendment of the Constitution of the United States.

**inherent rights** – Inalienable Rights.  One which abides in a person and is not given from something or someone outside itself.  A God-given right which a man has because he is a man.

*in itinere* - A sojourner, one who can conduct commercial affairs without being subject to prize, abandonment or capture of his property under the War Powers doctrine.

*in propria persona* – In one's own proper person, without reliance of any other authority or representative for conducting one's own affairs.

**in relation to** – In regard to; concerning; in respect of; with respect to.

**legal tender** – Specie money coined under the authority of the Constitution for the United States of America at Article I Section 8.

**reject** – The act of an offeree of refusing to accept the terms of a proposal made by an offeror.

**Republican form of government** – A government in the republican form; a government of, by, and for the people; a government by representatives chosen by the people. For the purposes of this pleading, a government which is founded upon the principals of, and which guarantees and protects the inherent Rights secured within, the Constitution for the United States of America.

**resident of THE STATE OF ARIZONA** – Any person who occupies a dwelling within THE STATE OF ARIZONA, has a present intent to remain within THE STATE OF ARIZONA for a period of time, and manifests that intent by establishing an ongoing contractual relationship through the acceptance of the benefits of residency within THE STATE OF ARIZONA, together with indicia that his presence within THE STATE OF ARIZONA is something other than merely transitory in nature.

**residency** – State of being a resident, including residing within the District of Columbia.

**resulting trust** – Trust formed by operation of law; Trust implied in law from intentions of parties to a given transaction.

**separate legal person** – A corporation, trust, or other legal entity which was formed in a method conforming to, and according to, the law; and, which is individual, distinct, particular, and disconnected.

**state citizen** – The founding fathers, those who created and signed the Declaration of Independence, the Constitution for the United States of America *i. e.* the sovereign American People; and their posterity.  In modern terms, those who are descendants of the founding fathers, have claimed their Birthright, and have not entered into contract with the implied, charitable trust(s) doing business as THE STATE OF MINNESOTA, the UNITED STATES, or the UNITED STATES OF AMERICA, hold the status of state Citizens.  Those who hold the inherent Rights guaranteed and protected by the Constitution for the United States of America.

**status** – Standing, state or condition; social position.  The legal relation of one to rest of the community.  The rights, duties, capacities or incapacities which determine a given class of people or persons.

***stranger*** – One who, in no event resulting from the existing state of affairs, can become liable for the debt, and whose property is not charged with the payment thereof and cannot be sold therefor.

***sui juris*** – Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship.  Having capacity to manage one's own affairs; not under legal disability to act for one's self.

**TX** - Designation of a federal area.

**ARIZONA citizen** – a direct descendant of the founding fathers of ARIZONA, having the same authority as a state citizen within the meaning given herein, who has claimed his inheritance upon naturalization, and has not entered into any contracts with, and rejects and waives all benefits from, the implied, charitable or resulting trust doing business as THE STATE OF ARIZONA or the UNITED STATES or this state.

**"Arizona"** - The *de jure* state, which is one of the Union states known as the united States of America.  It was formed under an organic constitution which was approved by the other Union states through the Congress of the United States of America prior to its admission into the Union; and, it is the duty of Minnesota, under its agreement to enter into *Statehood,* to insure that each state citizen is provided with the protections and guarantees protected by the Arizona Constitution, and the Constitution for the United States of America.

**THE STATE OF ARIZONA** – (a) a legal fiction doing business as an implied, charitable, or resulting trust in the name of "THE STATE OF ARIZONA"; and, at all times and in all places, acting as a distinct and separate foreign entity acting in a foreign plane of venue-jurisdiction within the external boundaries of Arizona, and having venue and jurisdiction over the People of the body politic only by presumption of acceptance of legal personalities and benefits offered to the People by THE STATE OF ARIZONA; and,

(b) a separate and distinct entity as in relation to de jure government incorporated as "The State of Arizona" by the People of the body politic at the Constitutional convention; and,

(c) a de facto state arising by operation of law through the United States Congress' omission of its duty to coin Money and regulate the Value thereof (beginning in about 1933 A.D. until 1977 A.D., and continuing to the present day) without the express consent of the body politic, without any Constitutional authority or enactment of law by any Congress or Legislature, and doing business exclusively as a drawer of commercial paper; and,

(d) a legal fiction voluntarily doing business exclusively with fiat based money in contravention to the legal Tender clause of the Constitution of the United States, Art. I, §10, and fraudulently misrepresenting itself as a de jure government though (and not limited to) its exclusive control of "free" public education, licensing of teachers, licensing of ministers, and licensing of attorneys; and,

(e) terms of art created and used by THE STATE BAR OF ARIZONA, the Legislature and the Judiciary of ARIZONA, at all times acting with unclean hands, and specifically intended as a scheme and artifice to deceive and defraud the People of the body politic of Arizona of their property rights for the unjust

enrichment of THE STATE BAR OF ARIZONA and THE STATE OF ARIZONA and its agencies, municipalities and sub-divisions, by fraudulent misrepresentations specifically intended to induce the People of the body politic to purportedly voluntarily enter into commercial agreements and contract by presumption, by presumed conduct; and, to accept legal obligations and duties not otherwise imposed or existing, and;

(f) terms of art specifically intended to induce by fraudulent misrepresentation the acceptance of a purported benefit of limited liability of a maritime or commercial nature through purported commercial agreements, contracts, registration, licensing agreements and use of debt obligations of the United States, which is intended to cause the People to unknowingly waive inherent and Constitutionally secured rights, not limited to property rights and the right to extinguish debt with the payment of gold and silver Coin, through purported acceptance of commercial legal personalities by the People which are imposed by THE STATE OF ARIZONA as a condition for entry into "this state" with irresistible force and without disclosure of the legal disabilities and duties to "this state," which are imposed on the People, and;

(g) terms of art specifically intended to fraudulently induce the People of the body politic to purportedly agree to voluntarily accept a foreign venue-jurisdiction where legal title to all property is held in common as a hypothecation for the debts of the United States purportedly for the benefit of the beneficiaries of the charitable, implied or resulting trust doing business as THE STATE OF ARIZONA (a communistic society of legal persons) deceptively imposed on the People of the body politic as an inducement to accept a condition of peonage in contravention to the Constitution and Laws of the United States and International Law without full disclosure, and:

(h) a scheme and artifice to defraud the People of the body politic by suppressing the People's knowledge of the law by licensed members of THE STATE BAR OF ARIZONA and licensed teachers of the "free" public school system who have superior knowledge and training in the law and use the law for their own unjust enrichment by taking unfair and unconscionable advantage of the ignorance of the People of the body politic at the expense of the People of the body politic of Minnesota, and;

(i) an amoral legal fiction doing business wholly absent of good faith, using fraudulent inducements to establish a purported custom and usage of trade with the People of the body politic that is repugnant and in contravention to generally accepted business morals, ARIZONA Rules concerning commerce, the Guaranteed Republican Form of Government and Scriptural concepts on which the Guaranteed Republican Form of Government is based, and;

(j) an amoral legal fiction that makes fraudulent misrepresentation of the common law with the specific intent to deprive the People of a remedy by the common law, and;

(k) a foreign state within the meaning of Title 28 U.S.C. 1603(a) in relation to The State of Arizona and the United States of America; a federal area subject to the jurisdiction of the United States and the United States District Court for the District of Columbia, and;

(l) an insolvent commercial trader, having substantial contact with the United States, that is unable to extinguish its debts; while, at all times, trading exclusively in foreign debt obligations and acting under private international commercial law falsely claiming and purporting to be protected by the doctrine of sovereign immunity, and;

(m) a private person in relation to The State of Arizona acting jure gestionis* wholly in want of sovereign immunity, as per Davis v Gray**, 16 Wall. 203, Clearfield Trust v. United States***, 318 U.S. 363 and the Foreign Sovereign Immunities Act of 1976, and;

(n) a foreign person in relation to The State of Arizona used by members of THE STATE BAR OF ARIZONA to displace the de jure body politic of the old Republic (established in 1912) to the foreign venue-jurisdiction of " in this state" not authorized by the express consent of the People of the body politic, not authorized by an enactment of law by U.S. Congress and State Legislature and in contravention to the Constitution of the United States at Art. IV §3, and;

**trust** – See THE STATE OF ARIZONA

**"this state" or "in this state"** – See THE STATE OF ARIZONA

**U.S.C.** – United States Code.

**(U.U.D.)** – used under duress with full reservation of rights.

**United States** – The federal corporation.

**UNITED STATES** – An implied, charitable or resulting trust doing business as a commercial trader in the international arena.

**united States of America** – The collective name of the states which are united by and under the Constitution for the United States of America.

**UNITED STATES OF AMERICA** – An implied, charitable or resulting trust doing business as a commercial trader in the international arena.

**unjust enrichment** – An act wherein one person is unjustly enriched at the expenses of another; the taking of property or benefits without giving fair consideration.

**waive** – To abandon, throw away, renounce, repudiate, or surrender a claim, a privilege, a right, or the opportunity to take advantage of some defect, irregularity, or wrong. To give up right, benefit, or claim voluntarily.

**with full reservation of rights** – A stipulation or clause in any instrument in which one holds for himself all inherent rights that he might possess, notwithstanding the terms or the forum of the contract, or any other conditions precedent thereto. Stipulation may be expressed by the use of the terms *"without prejudice"* or *"all rights reserved"*, or any similar statement.

**without prejudice** – See "with full reservation of rights".

# Attachment 1a



Wells Fargo Bank
Levy Processing Department
P O Box 29779
Phoenix, AZ 85038-9779

December 12, 2005

DAN R CORNELL
5243 W PIUTE AVE
GLENDALE          AZ 85308-5069

RE: File L051209S1108946

Dear Customer:

Wells Fargo Bank has received a legal order regarding your account.
A copy is enclosed for your review.

By law, Wells Fargo must comply with this order.  If you have any questions
or wish to object to this order, please contact the issuing party.

We have debited the following account.

| ACCOUNT NUMBER | AMOUNT | BANK FEE |
|---|---|---|
| 8887-348400 | 5,368.51 | |

Sincerely,

Levy Processing Department

Enclosure: Original order

| For **668-A(ICS)** (Jan 2003) | Department of the Treasury – Internal Revenue Service<br>**Notice of Levy** |

DATE: **12/07/2005**
REPLY TO: **Internal Revenue Service**
**RUSSELL NELSON**
**40 W BASELINE RD**
**TEMPE, AZ 85283**

TELEPHONE NUMBER
OF IRS OFFICE: **(602)207-8376**

NAME AND ADDRESS OF TAXPAYER:
**DAN R CORNELL**
**5330 W TONTO RD**
**GLENDALE, AZ 85308-5010**

TO:  **WELLS FARGO BANK NA**
**LEVY PROCESSING DEPARTMENT**
**PO BOX 29779 MAC# S3928-021**
**PHOENIX, AZ 85038**

IDENTIFYING NUMBER(S):    **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**

**CORN**

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 35382.72 | 5306.32 | 40689.04 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.⇒ | **Total Amount Due** | 40689.04 |

We figured the interest and late payment penalty to **01-06-2006**

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (*such as money, credits, and bank deposits*) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code <u>must be held for 21 calendar days</u> from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

**To respond to this levy —**
1. Make your check or money order payable to **United States Treasury.**
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (*not on a detachable stub.*).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative<br>**RUSSELL NELSON** | Title<br>**REVENUE OFFICER** |

Part 1 –    For Addressee          Catalog No. 35389E    www.irs.gov          Form **668-A(ICS)** (1-2003)

# Attachment 1b



Wells Fargo Bank
Levy Processing Department
P O Box 29779
Phoenix, AZ 85038-9779

January 11, 2006

DAN R CORNELL
5243 W PIUTE AVE
GLENDALE        AZ 85308-5069

RE: File L060110S9308475

Dear Customer:

Wells Fargo Bank has received a legal order regarding your account.
A copy is enclosed for your review.

By law, Wells Fargo must comply with this order.  If you have any questions
or wish to object to this order, please contact the issuing party.

We have debited the following account.

| ACCOUNT NUMBER | AMOUNT | BANK FEE |
|---|---|---|
| 8887-348400 | 1,273.13 | |

Sincerely,

Levy Processing Department

Enclosure: Original order

Form 668-A(ICS)
(Jan. 2003)

Department of the Treasury – Internal Revenue Service
**Notice of Levy**

DATE: **01/06/2006**

REPLY TO: **Internal Revenue Service**
**RUSSELL NELSON**
**40 W BASELINE RD**
**TEMPE, AZ 85283**

TELEPHONE NUMBER
OF IRS OFFICE: **(602)207-8376**

NAME AND ADDRESS OF TAXPAYER:
**DAN R CORNELL**
**5330 W TONTO RD**
**GLENDALE, AZ 85308-5010**

TO:  **WELLS FARGO BANK NA**
**LEVY PROCESSING DEPARTMENT**
**PO BOX 29779 MAC# S3928-021**
**PHOENIX, AZ 85038**

IDENTIFYING NUMBER(S):  **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**

**CORN**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 30014.21 | 5536.29 | 35550.50 |

| THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT.=========================⇒ | | | **Total Amount Due** | 35550.50 |

We figured the interest and late payment penalty to  **02-05-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have** (or are already obligated for) **when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative **/S/ RUSSELL NELSON** | Title **REVENUE OFFICER** |
|---|---|

**Part 4 —**    For Taxpayer          Catalog No. 35389E     www.irs.gov          Form **668-A(ICS)** (1-2003)

# Attachment 1c



*A History Of Performance*

**WRL**
INSURANCE · ANNUITIES

**Administrative Office:**
P.O. Box 5068
Clearwater, Florida 33758
Home Office: Columbus, OH
Distributor: AFSG Securities Corporation
*www.westernreserve.com*

*Western Reserve Life Assurance Co. of Ohio*

January 25, 2006

**DAN R CORNELL**
**5423 W PIUTE AVE**
**GLENDALE, AZ 85308-5069**

RE:     IRS NOTICE OF LEVY IN THE AMOUNT OF $35,995.07

Dear Mr. Cornell:

Western Reserve Life (WRL) has received an IRS Notice of Levy for property in our possession belonging to Dan R Cornell, Social Security # XXX-XX-5309. Pursuant to this levy, Western Reserve Life has placed a "block transfer" on your Life policy (15B1124813) and your Annuity contract (15S3182806) to prevent the payment of any monies from your contract, while this levy is in effect.

Please be advised that if Western Reserve Life does not receive a Release of Levy from the Internal Revenue Service by April 18, 2006, a partial withdrawal from your policy and or contract in the amount of $35,995.07 or up to total amount available in your account will be paid to the IRS.

If you have any questions, or if you have in your possession a Release of Levy, please contact me at 1-800-851-9777, ext. 3343.

Sincerely,

Roque J. Ramirez III
Policy Owner Services

JAN-17-2006   16:13   LAS VEGAS

| Form 668-A(ICS) | Department of the Treasury – Internal Revenue Service |
|---|---|
| (Jan. 2003) | **Notice of Levy** |

DATE: 01/17/2006

REPLY TO:  Internal Revenue Service
RUSSELL NELSON
40 W BASELINE RD
TEMPE, AZ 85283

TO:   WESTERN RESERVE LIFE ASSURANCE
ATTN DOROTHY CARTER - ADMIN OFFICE
PO BOX 5068
CLEARWATER, FL 33758

TELEPHONE NUMBER
OF IRS OFFICE: (602)207-8376

NAME AND ADDRESS OF TAXPAYER:
**DAN R CORNELL**
5330 W TONTO RD
GLENDALE, AZ 85308-5010

IDENTIFYING NUMBER(S):  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

CORN

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1999 | 30014.21 | 5980.86 | 35995.07 |

*I certify that a copy of this notice was mailed on 01/17/06 to the taxpayer's last known address.*

*Russell Nelson | 01/17/06*

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⇒

| | Total Amount Due | 35995.07 |
|---|---|---|

We figured the interest and late payment penalty to  **04-17-2006**

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
|---|---|
| **/S/ RUSSELL NELSON** | **REVENUE OFFICER** |

Part 4 –   For Taxpayer        Catalog No. 35389E    www.irs.gov        Form 668-A(ICS) (1-2003)

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DAN R. CORNELL 55886 | RUSSELL D. KELLNER aka RUSSELL NELSON<br>GERALD W. CARTER aka JERRY CARTER |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Maricopa
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Maricopa
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

*PRO SE NFP*

ATTORNEYS

CASE NUMBER   1:06CV01924

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 11/   /2006

JURY ACTION

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

⊗ 2 U.S. Government Defendant

○ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP**
FOR PLAINTIFF AND (

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⊗ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ⊗ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

---

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

○ **E. General Civil (Other)**        **OR**        ⊙ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☒ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

④

| G. Habeas Corpus/ 2255 | H. Employment Discrimination | I. FOIA/PRIVACY ACT | J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. Labor/ERISA (non-employment) | L. Other Civil Rights (non-employment) | M. Contract | N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Court from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. 1330, 1350, 1356, 1391   4 U.S.C. 72   government agents did not follow procedure, resulting in injury to Plaintiff.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 243,621.00   JURY DEMAND:   Check YES only if demanded in complaint   YES ☑   NO ☐

**VIII. RELATED CASE(S) IF ANY**   N.F.   (See instruction)   YES ☐   NO ☑   If yes, please complete related case form.

DATE  Nov. 7, 2006   SIGNATURE OF ATTORNEY OF RECORD   *Dan Cornell*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**RECEIVED**

NOV - 7 2006



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT