AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAN R. CORNELL

**SUMMONS IN A CIVIL CASE**

V.

RUSSELL D. KELLNER, aka RUSSELL NELSON, in his individual capacity and GERALD W. CARTER, aka JERRY CARTER, in his individual capacity

CASE NUMBER  1:06CV01924

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 11/__/2006

TO: (Name and address of Defendant)

GERALD W. CARTER
456 E. San Carlos Way
Chandler, AZ 85249

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF [PRO SE] (name and address)

Dan R. Cornell
5330 W. Tonto Road
Glendale, Arizona  85308

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 0 7 2006
CLERK                               DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | December 5, 2006 |
| NAME OF SERVER (PRINT) John Cox | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 456 E. San Carlos Way Chandler, Az 85249

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jane Doe (wife)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/9/6

*Signature of Server*

6231 W Coter St., Glendale, Az 85301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED
JAN 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT