AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAN R. CORNELL

**SUMMONS IN A CIVIL CASE**

V.

RUSSELL D. KELLNER, aka RUSSELL NELSON, in his individual capacity and GERALD W. CARTER, aka JERRY CARTER, in his individual capacity

CASE NUMBER   1:06CV01924

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 11/7/2006

TO: (Name and address of Defendant)

RUSSELL D. KELLNER
3714 W. Lawrence Road
Phoenix, AZ 85019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'  PRO SE  (name and address)

Dan R. Cornell
5330 W. Tonto Road
Glendale, Arizona 85308

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        NOV 0 7 2006
CLERK                                             DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | November 29, 2006 @ 9:39 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jack Cox | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3714 W. Lawrence Rd, Phoenix Az 85019

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/16/6

Signature of Server: Jack Cox

6231 W. Colter St, Glendale Az 85301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED

JAN 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT