IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAN R. CORNELL | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06-cv-01924-GK |
| | ) | |
| RUSSELL D. KELLNER, et al. | ) | |
| | ) | |
|     Defendants. | ) | |

## DEFENDANTS' REPLY

Plaintiff's opposition to defendants' motion to dismiss complaint consists of entirely meritless arguments, which are fully addressed in defendants' motion to dismiss. One issue, however, requires clarification. Plaintiff asserts that the Internal Revenue Service failed to assess his 1998 and 1999 federal income taxes within the three years prescribed by 26 U.S.C. § 6501. (Opp. at 5-6.) Plaintiff is wrong.

Section 6501 requires the Internal Revenue Service to assess taxes "within 3 years after the return was filed (whether or not such return was filed on or after the date prescribed)." Here, plaintiff failed to file income tax returns for 1998 and 1999. (See Genis decl., att. 1 & 2.) The Internal Revenue Service made a deficiency assessment for those periods after audit. *Id*. The deficiency reports were prepared on March 21, 2002 for 1998, and on February 27, 2002 for 1999. *Id*. The taxes for both years were assessed within 3 years, on October 13, 2003. *Id*. Therefore, plaintiff's argument that his 1998 and 1999 taxes were not timely assessed fails.

For the reasons set forth in defendants' motion, this Court should dismiss plaintiff's complaint.

DATE: May 2, 2007.                    Respectfully submitted,

                                         /s/ Pat S. Genis
                                         PAT S. GENIS, #446244
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         Post Office Box 227
                                         Washington, DC  20044
                                         Tel./FAX:  (202) 307-6390/614-6866
                                         Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendants' REPLY and Declaration of Pat S. Genis with exhibits 1 & 2, were served upon plaintiff *pro se* on May 2, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>Dan R. Cornell
>*Plaintiff pro se*
>5330 West Tonto Road
>Glendale, AZ 85308

>/s/ Pat S. Genis

>PAT S. GENIS, #446244

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAN R. CORNELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:06-cv-01924-GK |
| | ) |
| RUSSELL D. KELLNER, et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF PAT S. GENIS

I, Pat S. Genis, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned joint responsibility for litigation of the above-captioned case.

2. As part of my duties, I have been provided with various records and documents prepared and maintained by the Internal Revenue Service.

3. Attached as Ex. 1 is a true and correct copy of a transcript of account for plaintiff for tax year 1998.

4. Attached as Ex. 2 is a true and correct copy of a transcript of account for plaintiff for tax year 1999.

  I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: May 2, 2007.

                /s/ Pat Genis
               PAT S. GENIS



United States of America

**Department of the Treasury
Internal Revenue Service**

Date:  Dec. 5, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Dan R. Cornell, SSN: ███████, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1998, consisting of four pages ─────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198



Catalog Number 19002E                                    Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

DAN R CORNELL                                EIN/SSN: ████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
|  | ADJUSTED GROSS INCOME 64,617.00 |  |  |  |
|  | TAXABLE INCOME 57,667.00 |  |  |  |
| 03-21-2002 | SUBSTITUTE FOR RETURN 29210-082-25510-2 | 0.00 |  | 04-22-2002 |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1999 |  |  |  |
|  | LATE FILING PENALTY 20034008 | 49.00 |  | 10-13-2003 |
| 04-15-1999 | WITHHOLDING CREDIT |  | 12,770.00 |  |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-665-00026-3  20034008 | 12,989.00 |  | 10-13-2003 |
|  | INTEREST ASSESSED 20034008 | 99.56 |  | 10-13-2003 |
|  | FAILURE TO PAY TAX PENALTY 20034008 | 54.75 |  | 10-13-2003 |
| 02-09-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |
| 01-17-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM |  |  |  |

FORM 4340   (REV. 01-2002)                    PAGE    1

```
                CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

DAN R CORNELL                                  EIN/SSN: ▓▓▓▓▓▓▓▓▓


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

                                          ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS     CREDIT         DATE (23C,
                                          (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

02-09-2004   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

03-02-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             LEVY NOTICE ISSUED

03-11-2004   INTENT TO LEVY COLLECTION
             DUE PROCESS NOTICE
             RETURN RECEIPT SIGNED

03-15-2004   COLLECTIONS WORKING CASE

04-12-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

03-15-2004   LEGAL SUIT PENDING

             ADDITIONAL TAX ASSESSED                        0.00          12-20-2004
             17254-736-18055-4   20044908

09-25-2004   LEGAL SUIT NO LONGER
             PENDING

03-04-2005   FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)                 PAGE    2
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

DAN R CORNELL                                    EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

                                         ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT         DATE (23C,
                                         (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

03-28-2005   FEES AND COLLECTION COSTS                    16.00

04-19-2005   SUBSEQUENT PAYMENT                                           468.58
             LEVY

             INTEREST ASSESSED                            30.27           05-16-2005
             20051808

06-16-2006   FEDERAL TAX LIEN RELEASED

06-12-2000   Taxpayer Deliquency Notice

08-07-2000   Taxpayer Deliquency Notice

10-13-2003   Statutory Notice of Balance Due

11-17-2003   Notice of Balance Due

12-22-2003   Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                       PAGE    3
```

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

DAN R CORNELL                                    EIN/SSN: █████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
-------------------------------------------------------------------------------


BALANCE               0.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _/s/ Linda L. Drake_____
PRINT NAME:_____Linda L. Drake_____
TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:_____SW Delegation Order 198_____

LOCATION: INTERNAL REVENUE SERVICE

             ACCOUNT STATUS DATE 12/05/2006
FORM 4340   (REV. 01-2002)                        PAGE     4
```



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: Dec. 5, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Dan R. Cornell, SSN: ▮▮▮▮▮▮▮▮▮ for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1999, consisting of five pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*[signature: Linda L. Drake]*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198


GOVERNMENT'S EXHIBIT 2

Catalog Number 19002E                                                         Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

DAN R CORNELL                               EIN/SSN: ███████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999
                                          ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT       DATE (23C,
                                          (REVERSAL)     (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                    140,178.00

             TAXABLE INCOME
                    133,458.00

02-27-2002   SUBSTITUTE FOR RETURN                         0.00       04-01-2002
             29210-068-25127-2

             ESTIMATED TAX PENALTY                         919.64     10-13-2003
             20034008

             LATE FILING PENALTY                          4,665.00    10-13-2003
             20034008

04-15-2000   WITHHOLDING CREDIT                                       15,578.00

             ADDITIONAL TAX ASSESSED      36,311.00                   10-13-2003
             BY EXAMINATION
             AUDIT DEFICIENCY PER
             DEFAULT OF 90 DAY LETTER
             29247-665-00027-3   20034008

             INTEREST ASSESSED             6,894.27                   10-13-2003
             20034008

             FAILURE TO PAY TAX            4,353.93                   10-13-2003
             PENALTY
             20034008

02-09-2004   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

01-17-2004   REVERSAL OF MODULE
             BLOCKED FROM FEDERAL
             PAYMENT LEVY PROGRAM

FORM 4340    (REV. 01-2002)                     PAGE    1
```

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
DAN R CORNELL                              EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

                                     ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                                     (REVERSAL)     (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
02-09-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

03-02-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

03-11-2004  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

03-15-2004  COLLECTIONS WORKING CASE

04-12-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

03-15-2004  LEGAL SUIT PENDING

            ADDITIONAL TAX ASSESSED                      0.00      12-20-2004
            17254-736-18056-4   20044908

09-25-2004  LEGAL SUIT NO LONGER
            PENDING

03-04-2005  FEDERAL TAX LIEN

FORM 4340   (REV. 01-2002)              PAGE      2
```

```
                 CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
DAN R CORNELL                                EIN/SSN: [REDACTED]


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT         DATE (23C,
                                         (REVERSAL)      (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

04-19-2005   SUBSEQUENT PAYMENT                           1,665.44
             LEVY

05-17-2005   SUBSEQUENT PAYMENT                             217.68
             LEVY

08-15-2005   SUBSEQUENT PAYMENT                             300.00
             LEVY

01-06-2006   SUBSEQUENT PAYMENT                           5,368.51
             LEVY

02-03-2006   SUBSEQUENT PAYMENT                           1,273.13
             LEVY

03-06-2006   SUBSEQUENT PAYMENT                           1,074.66
             LEVY

03-06-2006   SUBSEQUENT PAYMENT                           1,078.43
             LEVY

04-03-2006   SUBSEQUENT PAYMENT                             133.59
             LEVY

04-05-2006   SUBSEQUENT PAYMENT                               3.87
             LEVY

04-27-2006   SUBSEQUENT PAYMENT                          16,013.81
             LEVY

FORM 4340  (REV. 01-2002)               PAGE     3
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

DAN R CORNELL                              EIN/■■■■■■■■■■■■■


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
  DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

04-27-2006  SUBSEQUENT PAYMENT                             9,778.74
            LEVY

06-02-2006  SUBSEQUENT PAYMENT                             6,713.14
            SEIZURE AND SALE

            INTEREST ASSESSED              5,225.85                      06-26-2006
            20062408

            FAILURE TO PAY TAX               829.31                      06-26-2006
            PENALTY
            20062408

06-16-2006  FEDERAL TAX LIEN RELEASED

10-13-2003  Statutory Notice of Balance Due

11-17-2003  Notice of Balance Due

12-22-2003  Statutory Notice of Intent to Levy


FORM 4340   (REV. 01-2002)                        PAGE     4
```

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
DAN R CORNELL                                     EIN/SSN: █████████


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999
-------------------------------------------------------------------------------


BALANCE              0.00

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 12/05/2006

FORM 4340   (REV. 01-2002)                          PAGE     5
```