```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                              )
DAN R. CORNELL                )
                              )
        Plaintiff,            )
                              )
    v.                        )    Civil Action No. 06-1924 (GK)
                              )
RUSSELL D. KELLNER, et al.,   )
                              )
        Defendants.           )
_____)
```

## ORDER

Plaintiff Dan R. Cornell, an Arizona resident, proceeding pro se, brings this action against Russell Kellner and Gerald Carter, Revenue Officers for the Internal Revenue Service ("IRS"), and "4 or 5 John Doe" federal employees (collectively "Defendants"), alleging various causes of action under the Fifth Amendment and other statutes. This matter is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint [**Dkt. No. 4**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss Complaint [**Dkt. No. 4**] is **granted**.

This is a final appealable Order.  <u>See</u> Fed. R. App. P. 4(a).

|  |  |
|---|---|
| March 25, 2008 | /s/_____<br>Gladys Kessler<br>United States District Judge |

**Copies to: Attorneys of record via ECF and**

**Dan R. Cornell**
**5330 West Tonto Road**
**Glendale, AZ 85308**